# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>            Plaintiff,<br><br>   v.<br><br>Y. A. YATES, et al.,<br><br>            Defendants. | CASE NO. 1:11-cv–00080-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(ECF No. 9) |

      Plaintiff Curtis Renee Jackson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2011, an order issued dismissing Plaintiff's complaint for failure to comply with Federal Rules of Civil Procedure 8 and 18. Currently before the Court is Plaintiff's motion for a temporary restraining order, filed March 11, 2011.

      Federal courts are courts of limited jurisdiction and in considering a request for injunctive relief, the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. "[The] triad of injury in fact, causation, and redressability constitutes the core of Article III's case-or-controversy requirement, and the party invoking federal jurisdiction bears the burden of establishing its existence." Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998). Requests for prospective relief are further limited by 18 U.S.C. § 3626(a)(1)(A) of the Prison Litigation Reform Act, which requires

1  that the Court find the "relief [sought] is narrowly drawn, extends no further than necessary to
2  correct the violation of the Federal right, and is the least intrusive means necessary to correct the
3  violation of the Federal right."
4       Since Plaintiff's complaint has been dismissed there is no case or controversy before the
5  Court upon which relief can be granted.  Accordingly Plaintiff's motion for a temporary restraining
6  order, filed March 11, 2011, is HEREBY DENIED, without prejudice.
7       IT IS SO ORDERED.
8  **Dated:   January 6, 2012**     /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE