# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>Y. A. YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv–00080-LJO-BAM PC<br><br>ORDER DENYING MOTION FOR SCHEDULING ORDER<br><br>(ECF No. 35) |

    Plaintiff Curtis Renee Jackson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint, filed May 7, 2012, against Defendant Mendez for excessive force and Defendants Daley, Samonte, Nichols, Valdez, and Gonzales for failure to intervene. On June 7, 2012, an order issued directing the United States Marshal to serve the second amended complaint. Plaintiff filed a motion on September 21, 2012, requesting a scheduling order be issued to open discovery.

    As Plaintiff was notified via the First Informational Order, an order opening discovery is issued once an answer is filed. (ECF No. 3, ¶ 8.) Currently, no defendant has filed an answer or other responsive pleading. Accordingly, Plaintiff's motion for a scheduling order is be issued, filed September 21, 2012, is HEREBY DENIED as premature.

    IT IS SO ORDERED.

**Dated:    September 24, 2012**              **/s/ Barbara A. McAuliffe**

1

1                                                         UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28