# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>Y. A. YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:11-cv–00080-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING COURT TO ORDER MARSHAL TO RELEASE USM-285 TO ESTABLISH PROOF OF SERVICE<br><br>(ECF No. 37) |

Plaintiff Curtis Renee Jackson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2012, an order issued directing the United States Marshal to initiate service of process on the defendants in this action. (ECF No. 33.) On September 24, 2012, Plaintiff filed a motion requesting an order directing the Marshal to release the USM-285 receipts to establish proof of service. (ECF No. 37.)

The Marshal is given 120 days in which to effect service in this action. See Fed. R. Civ. P. 4(m). The Court is a ware of the service deadline in this action and appropriate action shall be taken by the Court, if necessary, once the deadline has passed. Accordingly, Plaintiff's motion for an order directing the Marshal to release the USM-285 receipts is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   September 25, 2012**               /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE

1