1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   CURTIS RENEE JACKSON,                    )   Case No.: 1:11-cv-00080-LJO-BAM (PC)
                                              )
12                       Plaintiff,           )   ORDER ADOPTING FINDINGS AND
                                              )   RECOMMENDATIONS REGARDING
13            v.                              )   PLAINTIFF'S MOTION FOR TEMPORARY
                                              )   RESTRAINING ORDER
14   Y. A. YATES, et al.,                     )
                                              )   (ECF Nos. 58, 83)
15                       Defendants.          )
                                              )
16   _____    )

17          Plaintiff Curtis Renee Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January

19   18, 2011.

20          On August 12, 2013, the Magistrate Judge issued Findings and Recommendations that

21   Plaintiff's motion for a temporary restraining order be denied.  The Findings and Recommendations

22   were served on the parties and contained notice than any objections were to be filed within thirty days.

23   More than thirty days have passed and no objections have been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de

25   novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and

26   recommendations to be supported by the record and by proper analysis.

27   ///

28

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations issued on August 12, 2013, are adopted in full; and

2.     Plaintiff's motion for temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   **September 24, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2