UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>       Plaintiff,<br><br>    v.<br><br>Y. A. YATES, et al.,<br><br>       Defendants. | Case No.: 1:11-cv-00080-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 58, 83) |

      Plaintiff Curtis Renee Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 18, 2011.

      On August 12, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for a temporary restraining order be denied. The Findings and Recommendations were served on the parties and contained notice than any objections were to be filed within thirty days. More than thirty days have passed and no objections have been filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 12, 2013, are adopted in full; and
2. Plaintiff's motion for temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated: **September 24, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE