UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>      Plaintiff,<br><br>   v.<br><br>Y. A. YATES, et al.,<br><br>      Defendants. | Case No.: 1:11-cv-00080-LJO-BAM PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 105)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO ORDER SERVICE OF DEFENDANT SAMONTE BASED ON NEW INFORMATION (ECF No. 105) |

      Plaintiff Curtis Renee Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendant Mendez for excessive force in violation of the Eighth Amendment; and against Defendants Daley, Samonte, Nichols, Valdez and Gonzales for failure to intervene in violation of the Eighth Amendment.

      On June 7, 2012, following screening of the second amended complaint, the Court issued an order directing the United States Marshal to initiate service of process in this action upon Defendants Daley, Gonzales, Mendez, Nichols, Samonte and Valdez. (ECF No. 33.) On January 15, 2014, the United States Marshal filed a return of service unexecuted as to Defendant Samonte. (ECF No. 102.)

      As Defendant Samonte remained unserved, the Court issued an order on February 14, 2014, directing Plaintiff to show cause why Defendant Samonte should not be dismissed from the action at

1  this time. (ECF No. 105.)  On March 3, 2014, in response to the Court's order, Plaintiff requested
2  that the Court order service of Defendant Samonte based on new information. Plaintiff reports that an
3  outside source was able to locate a Caroline Samonte at an address in Hanford, California. (ECF No.
4  107.)
5       Based on Plaintiff's response, the order to show cause is HEREBY DISCHARGED and
6  Plaintiff's motion for an order directing service is HEREBY GRANTED. By separate order, the Court
7  will direct the United States Marshal Service to serve Defendant Samonte based on the new
8  information.
9  IT IS SO ORDERED.

Dated: __**March 6, 2014**__                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE