# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>      Plaintiff,<br><br>    vs.<br><br>Y. A. YATES, et al.,<br><br>      Defendants. | 1:11-cv-00080-LJO-BAM PC<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING DISCOVERY<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINES<br><br>TWENTY-ONE DAY DEADLINE |

      Plaintiff Curtis Renee Jackson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

      On May 30, 2012, the Court found a cognizable Eighth Amendment claim against Defendant Mendez for excessive force and against Defendants Daley, Samonte, Nichols, Valdez, and Gonzales for failure to intervene. Defendants Gonzales, Mendez and Nichols answered Plaintiff's second amended complaint on November 16, 2012, and the Court issued a Discovery and Scheduling Order on November 27, 2012.

      On January 15, 2014, a summons was returned unexecuted for Defendant Samonte. Following receipt of information from Plaintiff, the Court issued a second order directing the United States Marshal to serve Defendant Samonte on March 6, 2014.

1    On March 10, 2014, Defendants Daley and Valdez filed an answer to the second
2 amended complaint.  There is no indication that Defendant Samonte has been served.
3    The deadline to complete discovery has expired.   However, on February 27, 2014,
4 Plaintiff filed a motion to extend the discovery deadline an additional thirty days, which would
5 be limited to the filing of a motion to compel discovery from Defendant Gonzales.  The deadline
6 to file dispositive motions is April 25, 2014.
7    Defendants Daley and Valdez have recently appeared in this action, but are part of the
8 same incident at issue in this action.  Accordingly, the parties are DIRECTED to file a status
9 report within twenty-one (21) days.  The status report shall address what, if any, additional
10 discovery is necessary.  Additionally, Defendants are DIRECTED to file a response to Plaintiff's
11 pending motion to extend the discovery deadline within twenty-one (21) days.

IT IS SO ORDERED.

Dated:   **March 11, 2014**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE