# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Y. A. YATES, et al.,<br><br>　　　　Defendants. | 1:11-cv-00080-LJO-BAM PC<br><br>ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING DISCOVERY<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Plaintiff Curtis Renee Jackson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 30, 2012, the Court found a cognizable Eighth Amendment claim against Defendant Mendez for excessive force and against Defendants Daley, Samonte, Nichols, Valdez, and Gonzales for failure to intervene. Defendants Gonzales, Mendez and Nichols answered Plaintiff's second amended complaint on November 16, 2012, and the Court issued a Discovery and Scheduling Order on November 27, 2012.

　　　　On January 15, 2014, a summons was returned unexecuted for Defendant Samonte. Following receipt of information from Plaintiff, the Court issued a second order directing the United States Marshal to serve Defendant Samonte on March 6, 2014.

On March 10, 2014, Defendants Daley and Valdez filed an answer to the second amended complaint. Following a request for status and a motion by Plaintiff, the Court extended the discovery deadline to May 12, 2014, solely to permit Plaintiff to file a motion for a third-party subpoena. The Court also extended the dispositive motion deadline to July 24, 2014.

After expiration of the discovery deadline, Defendant Samonte filed an answer to the second amended complaint on May 29, 2014. Although Defendant Samonte has recently appeared in this action, Defendant Samonte is part of the same incident at issue in this action. Accordingly, the parties are DIRECTED to file a status report within twenty-one (21) days. The status report shall address what, if any, additional discovery is necessary related to the claim against Defendant Samonte.

IT IS SO ORDERED.

Dated: **June 2, 2014**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE