# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON, | ) 1:11-cv-00080-LJO-BAM PC |
| Plaintiff, | ) ORDER DECLINING TO RE-OPEN DISCOVERY AS TO CLAIM AGAINST DEFENDANT SAMONTE |
| vs. | ) |
| Y. A. YATES, et al., | ) (ECF No. 122, 124) |
| Defendants. | ) |

Plaintiff Curtis Renee Jackson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 30, 2012, the Court found a cognizable Eighth Amendment claim against Defendant Mendez for excessive force and against Defendants Daley, Samonte, Nichols, Valdez, and Gonzales for failure to intervene. Defendants Gonzales, Mendez and Nichols answered Plaintiff's second amended complaint on November 16, 2012, and the Court issued a Discovery and Scheduling Order on November 27, 2012.

On January 15, 2014, a summons was returned unexecuted for Defendant Samonte. Following receipt of information from Plaintiff, the Court issued a second order directing the United States Marshal to serve Defendant Samonte on March 6, 2014.

On March 10, 2014, Defendants Daley and Valdez filed an answer to the second amended complaint. Following a request for status and a motion by Plaintiff, the Court extended the discovery deadline to May 12, 2014, solely to permit Plaintiff to file a motion for a third-party subpoena. The Court also extended the dispositive motion deadline to July 24, 2014.

After expiration of the discovery deadline, Defendant Samonte filed an answer to the second amended complaint on May 29, 2014. As Defendant Samonte is part of the same incident at issue in this action, on June 2, 2014, the Court directed the parties to file a status report within twenty-one (21) days addressing what, if any, additional discovery was necessary related to the claim against Defendant Samonte.

On June 12, 2014, Defendants filed a status report indicating that no additional discovery was necessary as to the claim against Defendant Samonte or for Defendant Samonte to prepare and file a motion for summary judgment by the current deadline of July 24, 2014. (ECF No. 124.)

Plaintiff did not file a status report in response to the Court's order.

Based on the information submitted by Defendants, it does not appear that any further discovery is necessary regarding the claim against Defendant Samonte. The Court therefore DECLINES to re-open discovery.

IT IS SO ORDERED.

Dated:   **July 1, 2014**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE