UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>Y. A. YATES, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00080-LJO-BAM PC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST COUNSEL DALE MCKINNEY<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF ORDER ON DALE MCKINNEY<br><br>FOURTEEN DAY DEADLINE |

   Plaintiff Curtis Renee Jackson, ("Plaintiff"), a state prisoner filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 18, 2011.  This action proceeds on Plaintiff's second amended complaint against Defendant Mendez for excessive force in violation of the Eighth Amendment; and against Defendants Daley, Samonte, Nichols, Valdez and Gonzales for failure to intervene in violation of the Eighth Amendment.

   Counsel Dale McKinney has submitted papers indicating his representation of Plaintiff in this action.  (ECF No. 137.)  However, Counsel McKinney is not the attorney of record for Plaintiff and has not filed a notice of appearance or notice of substitution.  At a minimum, Counsel McKinney's submission of papers does not comply with this Court's Local Rules regarding counsel identification and electronic filing.  Local Rules 131, 133. "Failure of counsel . . . to comply with these Rules or

with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.

Accordingly, it is HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order, Dale McKinney shall show cause in writing why sanctions should not be imposed for the failure to comply with this Court's rules;
2. The failure to respond to this order or the failure to show cause will result in the imposition of sanctions; and
3. The Clerk of the Court is directed to serve a copy of this order on Dale McKinney at 2251 Florin Road, Suite 138, Sacramento, California 95822.

IT IS SO ORDERED.

Dated: **November 25, 2014**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2