# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>Y.A. YATES, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00080-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION TO INFORM THE COURT OF PRISON BOARD HEARING SCHEDULED FOR NOVEMBER 25, 2015 IN CONFLICT WITH TRIAL DATE<br><br>(ECF No. 187) |

Plaintiff Curtis Renee Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of the undersigned in this case. (ECF No. 117.) This matter is currently scheduled for a jury trial on **December 1, 2015 at 8:30 a.m.** in Courtroom 8 (BAM). (ECF No. 183.)

On October 15, 2015, Plaintiff filed a notice with the Court regarding a potential scheduling conflict. (ECF No. 187.) On October 19, 2015, the Court directed Defendants to file a response specifying whether the trial can proceed as scheduled. (ECF No. 189.) On October 26, 2015, Defendants filed a response indicating that the litigation coordinator at the California Medical Facility, where Plaintiff is being held, confirmed that he has a Wednesday, November 25, 2015 hearing, but it will not interfere with his transport to an institution near this Court for the duration of the trial in this matter. (ECF No. 190.) Consequently, Defendants have informed the Court that the trial can proceed as scheduled, and the Court need take no action in response to Plaintiff's notice and motion.

Accordingly, Plaintiff's motion requesting the Court take action in response to his notice of a potential scheduling conflict with the trial in this matter is DENIED.

IT IS SO ORDERED.

Dated: **October 29, 2015**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE