UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS RENEE JACKSON, | ) | Case No.: 1:11-cv-00080-BAM (PC) |
| Plaintiff, | ) ) ) | ORDER TO RECAPTION CASE |
| v. | ) ) | |
| Y.A. YATES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Currently this action currently proceeds only against Defendants J. Mendez, S. Daley, C. Samonte, C. Nichols, F. Valdez, and N. Gonzales. Therefore, the caption should reflect that this action no longer proceeds against Defendants Y.A. Yates, R. H. Trimble, K. Nast, A. Shimmin, M.E. Spearman, A. Pineda, D. May, L. Ybarra, and B. Davi. Accordingly, the caption for this case shall be as follows:

///

///

///

///

///

///

///

1

|   |   |
|---|---|
| CURTIS RENEE JACKSON,          ) | Case No.: 1:11-cv-0080-BAM (PC) |
|                                ) |   |
|        Plaintiff,              ) |   |
|     v.                         ) |   |
|                                ) |   |
| J. MENDEZ, et al.,             ) |   |
|                                ) |   |
|        Defendants.             ) |   |

IT IS SO ORDERED.

    Dated: __**October 29, 2015**__          ___/s/ Barbara A. McAuliffe___
                                                           UNITED STATES MAGISTRATE JUDGE

2