

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. MENDEZ, S. DALEY, C. SAMONTE, C. NICHOLS, F. VALDEZ and N. GONZALES,<br><br>    Defendants. | Case No.: 1:11-cv-00080-BAM (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF CURTIS RENEE JACKSON, CDCR #J-88116 FOR TRIAL ON DECEMBER 2, 2015 AT 8:00 A.M. |

**Plaintiff Curtis Renee Jackson, CDCR #J-88116**, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, December 2, 2015, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 12/1/15

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE