FILED

DEC 2 - 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. MENDEZ, S. DALEY, C. SAMONTE, C. NICHOLS, F. VALDEZ and N. GONZALES,<br><br>    Defendants. | Case No.: 1:11-cv-00080-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **CURTIS RENEE JACKSON, CDCR #J-88116**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on December 1, 2015, and **Plaintiff Curtis Renee Jackson, CDCR #J-88116**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 12/2/15

_____
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1