UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

v.        1: 11-CV-00080-BAM-PC

J. MENDEZ, etal.,

    Defendants.

_____/

   X    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of All Defendants and against Plaintiff.

DATED: December 4, 2015        MARIANNE MATHERLY, Clerk

                              By:  /s/ H.A. Herman
                                     Deputy Clerk