# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RENEE JACKSON,<br><br>                Plaintiff,<br><br>    v.<br><br>MENDEZ, *et al.*,<br><br>                Defendants. | Case No. 1:11-cv-00080-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RELIEF FROM JUDGMENT<br><br>(ECF No. 243) |

       Plaintiff Curtis Renee Jackson ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. All parties consented to Magistrate Judge jurisdiction in this case. (ECF No. 177.)

       Following a jury trial in which a verdict for the defense was reached, judgment was entered on December 7, 2015. (ECF No. 214.) Plaintiff appealed, and the decision was affirmed by the United States Court of Appeals for the Ninth Circuit on June 1, 2018. (ECF No. 235.) The Ninth Circuit issued its mandate on September 10, 2018. (ECF No. 239.)

       On August 31, 2020, Plaintiff filed a motion which the Court construed as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). (ECF No. 241.) Finding no basis for reopening this action and overturning the jury's verdict, the motion was denied on September 14, 2020. (ECF No. 242.)

///

Currently before the Court is Plaintiff's filing of September 24, 2020, which appears to be largely a photocopy of his prior motion for relief from judgment. (ECF No. 243.) As the motion raises the same arguments previously rejected, the motion is denied for the reasons discussed in the Court's September 14, 2020 order. The Court will not entertain another motion to reconsider this judgment based on arguments Plaintiff has repeatedly presented and the Court has rejected, and future motions made on the same grounds will be summarily denied.

Accordingly, Plaintiff's second motion for relief from judgment, (ECF No. 243), is HEREBY DENIED. This action remains closed.

IT IS SO ORDERED.

Dated:   **September 28, 2020**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE